[No. 38945-9-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL GOODALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00841-5, Marilyn R. Sellers, J., entered June 10, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 38953-0-I.    Division One.    March 30, 1998.]

*In the Matter of the Marriage of* MAI THI BAICY, *Appellant*, and EDWARD OWEN BAICY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-00938-2, Carol A. Schapira, J., entered January 23, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker and Ellington, JJ.

[No. 38961-1-I.    Division One.    March 30, 1998.]

BYRON BARTON, ET AL., *Appellants*, v. BILL THWEAT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-28951-9, Mary Wicks Brucker, J., entered July 11, 1996. *Reversed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.

[No. 39016-3-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY PONGU McCUAIG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02322-8, John M. Darrah, J., entered August 2, 1996. *Affirmed* by unpublished per curiam opinion.